UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FATMA HUSSEIN SHEIKH ABDURAHMAN, )
      Plaintiff, )
         )    No. 1:11-cv-401
-v- )
         )    HONORABLE PAUL L. MALONEY
COMMISSIONER OF SOCIAL SECURITY, )
      Defendant. )
         )

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Fatma Abdurahman, proceeding without counsel, filed a complaint seeking judicial review of a final decision of the Commissioner of the Social Security Administration denying her claim for Supplemental Social Security Income.  On June 15, 2012, the magistrate judge issued a report (ECF No. 21) recommending the Commissioner's decision be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).  The time for filing objections has passed and Defendant Commissioner has not filed any objection to the recommendation.[1]  Accordingly, the Report and Recommendation (ECF No. 21) is **ADOPTED** as the opinion of this Court.  The Commissioner's decision is **REVERSED** and the action is **REMANDED** for action consistent with the recommendations contained in the report.  **IT IS SO ORDERED.**

Date:  July 11, 2012                               /s/ Paul L. Maloney
                                                                         Paul L. Maloney
                                                                         Chief United States District Judge

---

[1] Plaintiff filed a single-page document summarizing her ailments.